IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02076-REB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

5644 ORION CIRCLE, GOLDEN, COLORADO,
5945 BLANCA COURT, GOLDEN, COLORADO,
420 SUNSHINE PARKWAY, GOLDEN, COLORADO,
$50,250.00 IN UNITED STATES CURRENCY, and
$520.00 IN UNITED STATES CURRENCY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling/Planning Conference (Docket No. 18) is granted.  The Scheduling Conference set for October 4, 2012, at 10:30 a.m. is vacated, as are the other provisions of this court's Order of August 9, 2012 (Docket No. 11).  It is further

      ORDERED that the plaintiff United States file a status report with the court on or before November 16, 2012.

Date: September 21, 2012