### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 12-cv-02076-REB-MJW

UNITED STATES OF AMERICA ,

    Plaintiff,

v.

5644 ORION CIRCLE, GOLDEN, COLORADO,
5945 BLANCA COURT, GOLDEN COLORADO,
420 SUNSHINE PARKWAY, GOLDEN, COLORADO,
$50,250.00 IN UNITED STATES CURRENCY, and
$520.00 IN UNITED STATES CURRENCY,

    Defendants.

## FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion For Final Order of Forfeiture** [#30][1] filed January 2, 2013. After reviewing the motion and the record, the court FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Karl Decker and lienholder USAA Federal Savings Bank have reached settlements in this case and have filed Settlement

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Agreements with the court resolving all issues in dispute;

THAT no other claims to defendant property have been filed;

THAT forfeiture of

    a.    defendant 5644 Orion Circle, Golden, Colorado,

    b.    defendant 5945 Blanca Court, Golden, Colorado, and

    c.    defendant $50,250.00 in United States Currency

shall enter in favor of the United States;

THAT defendant Orion and defendant Blanca shall be sold by the United States Marshals Service, which will use its customary and best efforts to market and sell defendant Orion and defendant Blanca at the highest price the real estate market reasonably allows;

THAT, on the sale of defendant Orion, the United States shall pay claimant Karl Decker, from the net proceeds of the sale of defendant Orion, the amount, if any, exceeding $245,000 ("Net proceeds" is defined as the sales price less any sales fees or commissions, liens, encumbrances of record, United States Marshals costs, and taxes);

THAT the United States shall return to claimant Karl Decker:

    a.    defendant 420 Sunshine Parkway, Golden, Colorado, and

    b.    defendant $520.00 in United States Currency; and

THAT the United States and USAA agree that from the proceeds from the sale of defendant Orion less all associated costs and expenses incurred by the government, and if sufficient to cover the amounts owing to USAA, the following will be paid to USAA:

    a.    unpaid principal balance of $34,612.57; and

b. interest to December 11, 2012, of $80.67, and $4.25 per diem thereafter until the payoff date; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED** as follows:

1. That plaintiff's **Unopposed Motion For Final Order of Forfeiture** [#30] filed January 2, 2013, is granted;

2. That forfeiture of

   a. defendant 5644 Orion Circle, Golden, Colorado,

   b. defendant 5945 Blanca Court, Golden, Colorado, and

   c. defendant $50,250.00 in United States Currency

shall enter in favor of the United States;

3. That the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements;

4. That the clerk of the court is directed to enter Judgment; and

5. That a Certificate of Reasonable Cause, which this order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated January 3, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge