IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02076-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5644 ORION CIRCLE, GOLDEN, COLORADO,
5945 BLANCA COURT, GOLDEN, COLORADO,
420 SUNSHINE PARKWAY, GOLDEN, COLORADO,
$50,250.00 IN UNITED STATES CURRENCY, and
$520.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Robert E. Blackburn, U.S. District Judge, the following FINAL JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title is hereby entered in favor of the United States as follows:

        a.    Defendant 5644 Orion Circle, Golden, Colorado,

        b.    Defendant 5945 Blanca Court, Golden, Colorado

        c.    Defendant $50,250.00 in United States Currency

        d.    The United States shall have full and legal title to the defendant property, and may dispose of said property in accordance with law and the terms and provisions of the parties' Settlement Agreements;

12-cv-02076-REB-MJW
Final Judgment

2. The United States shall return to claimant Karl Decker:

    a. Defendant 420 Sunshine Parkway, Golden, Colorado, and

    b. defendant $520.00 in United States Currency;

3. The Final Order of Forfeiture shall also constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to all of defendant property.

DATED at Denver, Colorado this 25th day of March, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk